UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO.: 1:14-CR-53-TLS |
| | ) | |
| JODECI ROWLAND-SMITH | ) | |

**ORDER ACCEPTING FINDINGS AND RECOMMENDATION**

This matter is before the Court on the Findings and Recommendation of the United States Magistrate Judge [ECF No. 20], filed on February 13, 2015. The Defendant has waived objection to the Findings and Recommendation, and the Court, being duly advised, adopts the Findings and Recommendation [ECF No. 20] in its entirety and accepts the recommended disposition. Subject to this Court's consideration of the Plea Agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to the offense charged in Count 1 of the Indictment is hereby accepted, and the Defendant is adjudged guilty of such offense.

The notice of sentencing and pre-sentence scheduling deadlines will be issued by separate order.

SO ORDERED on March 2, 2015.

                                               s/ Theresa L. Springmann
                                               THERESA L. SPRINGMANN
                                               UNITED STATES DISTRICT COURT